UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21699-CIV-ALTONAGA/Reid

**ALEJANDRO ESPINOZA**,

    Plaintiff,
vs.

**ZIMMERMAN (USA) INC.**,

    Defendant.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

**THIS CAUSE** came before the Court upon the parties' Agreed Motion for Extension of Time for Defendant to Respond to Complaint, filed on May 30, 2024 [ECF No. 6]. In the Motion, the parties request an extension of time for Defendant to respond to the Complaint to allow them time to engage in settlement discussions. To conserve the parties' and judicial resources, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 30th day of May, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record